UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

The St. Joe Company, a Florida corporation,

    Plaintiff,

vs.                                                              Case No.  3:05-cv-1266-J-25MCR

Liberty Mutual Insurance Company, a foreign
corporation,

    Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on the Stipulation and Order for Substitution of Counsel (Doc. 10) filed February 27, 2006.  The Court will treat this as a motion to withdraw and substitute counsel.  Attorney Mark S. Shapiro of Akerman Senterfitt seeks to withdraw from representing Defendant, Liberty Mutual Insurance Co., and to have Rebecca A. Brownell of Atkinson & Brownell, P.A. substituted as counsel for Defendant.  Mr. Shapiro asserts that opposing counsel and Defendant have been provided with ten days notice.

    Accordingly, after due consideration, it is

    **ORDERED**:

    The motion to withdraw contained in the Stipulation and Order for Substitution of Counsel (Doc. 10) is **GRANTED**.  Mark S. Shapiro and the law firm of Akerman Senterfitt are hereby relieved of any further responsibility as counsel for Defendant in this action.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of February, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party